**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob P Smith, | No. CV-24-01790-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, | |
| Respondent. | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. (Doc. 14). The petition asserts three grounds for relief. (Doc. 14 at 7, 10, 12). The Magistrate Judge to whom this case was referred issued a Report and Recommendation ("R&R") recommending the petition be denied as to Ground 1 and denied and dismissed without prejudice as to Grounds Two and Three. (Doc. 22 at 10). The Magistrate Judge found that Petitioner failed to exhaust his administrative remedies regarding Grounds 2 and 3 but also concluded that both grounds for relief failed on the merits. (Doc. 22 at 8–10). The time for filing objections has run, and neither party filed objections.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d

1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("[T]he court shall make a de novo determination of those portions of the report [and recommendation] . . . to which objection is made.").

No objections having been filed,

**IT IS ORDERED** that the Report and Recommendation (Doc. 22) is accepted; the petition is **denied** as to Ground 1 and **denied and dismissed without prejudice** as to Grounds Two and Three. The Clerk of the Court shall enter judgment accordingly.[1]

Dated this 28th day of October, 2025.

_____
James A. Teilborg
Senior United States District Judge

---

[1] Because the Petition was filed pursuant to § 2241, no certificate of appealability is necessary. *See Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997).